**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, and SAVE THE MANATEE CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No.: 1:22-cv-00246-TNM ) ) ) ) ) ) ) ) |

**STIPULATION TO SETTLE PLAINTIFFS' CLAIM**
**FOR ATTORNEYS' FEES AND COSTS AND ORDER**

This Stipulation to Settle Plaintiffs' Claim for Attorneys' Fees and Costs ("Stipulation") is entered into by and between Plaintiffs Center for Biological Diversity, Defenders of Wildlife, and Save the Manatee Club ("Plaintiffs") and Defendant U.S. Fish and Wildlife Service ("Service" or "Defendant") (collectively, "parties"), who, by and through their undersigned counsel, state as follows:

WHEREAS, on February 1, 2022, Plaintiffs filed the above-captioned action to compel the Service to revise the critical habitat designation for the Florida manatee by a date certain, ECF No. 1;

WHEREAS, on June 1, 2022, the parties entered a Stipulated Settlement Agreement (ECF No. 14) addressing Plaintiffs' claims in the above-captioned case;

WHEREAS, on June 1, 2022, the Court issued an order (ECF No. 15) approving the Stipulated Settlement Agreement in the above-captioned case;

1

WHEREAS, the parties desire to resolve Plaintiffs' claim for attorneys' fees and costs according to the terms set forth below, and thus hereby stipulate and agree as follows:

1. Defendant agrees to pay, and Plaintiffs agree to accept, **$15,540.95** in full and complete satisfaction of any and all claims pursuant to the ESA, 16 U.S.C. § 1540(g)(4), the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and/or any other statute or common law theory, for all attorneys' fees and costs incurred by Plaintiffs in connection with the above-captioned lawsuit and/or the related case through and including the date of this Stipulation.

2. Defendant's payment described in Paragraph 1 above will be made by electronic funds transfer to the Center for Biological Diversity for appropriate distribution.

3. Within ten (10) business days of entry of an order approving this Stipulation, counsel for Plaintiffs will provide Defendant with the following information necessary for Defendant to process the payment described in Paragraph 1 above by electronic funds transfer: the payee's name, the payee's address, the payee's bank account number, the account type, the name of the payee's bank, the bank routing transit number, and the payee's tax identification number.

4. Defendant agrees to submit all necessary paperwork for the processing of the payment described in Paragraph 1 above to the appropriate office(s) within ten (10) business days of receiving the information necessary for processing the electronic funds transfer described in Paragraph 3 above.

5. Plaintiffs agree to accept payment of **$15,540.95** in full and complete satisfaction of any and all claims, demands, rights, and/or causes of action for attorneys' fees and costs to which it may be entitled in connection with the above-referenced case through and including the

date of this Stipulation. Plaintiffs also shall provide to Defendant confirmation of receipt of payment.

6. By this Stipulation, the parties do not waive any right to claim or contest fees, including hourly rates, in any future litigation. Further, this Stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

7. The undersigned parties agree that this Stipulation was negotiated in good faith and constitutes a settlement of claims that were vigorously contested, denied, and disputed. By entering into this Stipulation, the undersigned parties do not waive any claim or defense.

8. Nothing in this Stipulation shall be interpreted as, or shall constitute, a requirement that Defendant is obligated to expend or pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other appropriations law.

9. The undersigned representatives of Defendant and Plaintiffs certify that they are fully authorized by the parties that they represent to enter into all the terms and conditions of this Stipulation.

10. This Stipulation is effective as of the date it is entered by the Court.

NOW THEREFORE, Plaintiffs and Defendant respectfully request that the Court approve the parties' Stipulation, as stated above.

Dated September 20, 2022

<table>
<tr><td>

/s/ Ragan Whitlock
Ragan Whitlock
Center for Biological Diversity
P.O. Box 2155
Saint Petersburg, FL 33731
Tel: (727) 426-3653
rwhitlock@biologicaldiversity.org

/s/ Jane Davenport
Jane Davenport
Defenders of Wildlife
1130 17th St NW
Washington DC, 20036
Tel: (202) 772-3274
jdavenport@defenders.org

/s/ Anne Harvey
Anne M. Harvey
FL89808
Counsel for Save the Manatee Club
Law Offices of F. Bryan Brice, Jr.
127 W. Hargett Street, Suite 600
Raleigh, NC 27601
Tel: (919) 754-1600
anne@attybryanbrice.org

*Attorneys for Plaintiffs*

</td><td>

Respectfully submitted,

TODD KIM,
Assistant Attorney General
Environment & Natural Resources Division
S. JAY GOVINDAN, Acting Chief
MEREDITH L. FLAX, Assistant Chief

/s/ Mark Arthur Brown
Mark Arthur Brown
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0204
Fax: (202) 305-0275
E-mail: mark.brown@usdoj.gov

*Attorneys for Defendant*

</td></tr>
</table>

IT IS SO ORDERED.

Dated: 9/20, 2022   By: _[signature]_

HON. TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE