UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, and SAVE THE MANATEE CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendant. | Case No.: 1:22-cv-00246-TNM |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH STIPULATED SETTLEMENT AGREEMENT AND ORDER**

Defendant U.S. Fish and Wildlife Service's ("Service") hereby notifies the Court and Plaintiffs that today it submitted to the Office of the Federal Register a proposed rule to revise the critical habitat designation for the Florida manatee. The Service has therefore completed its commitments in the Stipulated Settlement Agreement and Order, ECF No. 15.

Dated September 12, 2024

        Respectfully submitted,

        TODD KIM,
        Assistant Attorney General
        Environment & Natural Resources Division
        S. JAY GOVINDAN, Chief

        */s/ Meredith L. Flax*
        Meredith L. Flax, Deputy Chief (DCB 468016)
        Mark Arthur Brown, Senior Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division

        Wildlife & Marine Resources Section
        Ben Franklin Station
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 305-0404
        Fax: (202) 305-0275
        E-mail: meredith.flax@usdoj.gov

*Attorneys for Defendant*